**FILED**
May 1, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                        Plaintiff, )
v. )
               )
LEON RAY EDWARDS, )
               )
                        Defendant. )

Case No. 2:08MJ00148-EFB-2

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  **LEON RAY EDWARDS** , Case No. 2:08MJ00148-EFB-2 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __      Release on Personal Recognizance

     __      Bail Posted in the Sum of $_____

           __      Unsecured Appearance Bond

           __      Appearance Bond with 10% Deposit

           __      Appearance Bond with Surety

           __      Corporate Surety Bail Bond

     ✔      (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 1, 2008  at  2:00 pm  .

                                               By   /s/ Gregory G. Hollows
                                                   Gregory G. Hollows
                                                   United States Magistrate Judge

Copy 5 - Court