UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 1, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08MJ00148-EFB-2 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| LEON RAY EDWARDS, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   LEON RAY EDWARDS  , Case No. 2:08MJ00148-EFB-2  , Charge   21USC § 846, 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

    ___   Unsecured Appearance Bond

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    ✔    (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   May 1, 2008   at   2:00 pm  .

By   /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court