1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  916-554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-08-212-LKK |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| LEON RAY EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Indictment, filed May 8, 2008, and the Superseding Indictment, filed May 22, 2008, against defendant LEON RAY EDWARDS.

///
///
///
///
///
///
///

1

1  This motion is made pursuant to the provisions of Rule 48(a)
2  of the Federal Rules of Criminal Procedure
3
4  DATED: June 5, 2008                    McGREGOR W. SCOTT
                                          United States Attorney
5
6                                         By   /s Mary L. Grad
                                             MARY L. GRAD
7                                         Assistant U.S. Attorney
8
9
10                        O R D E R
11
12       It is ordered that the above-captioned Indictment and
13  Superseding Indictment be and are hereby dismissed without
14  prejudice against LEON RAY EDWARDS.
15
16  DATED: June 9, 2008
17
18                           _____
19                           LAWRENCE K. KARLTON
                             SENIOR JUDGE
20                           UNITED STATES DISTRICT COURT